UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

CHARISSA ANN WILLIAMS   Case No.: 1-16-01880-HWV
                        Chapter 13

Debtor(s)

NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1: MORTGAGE INFORMATION**
Creditor Name: NATIONSTAR MORTGAGE
Court Claim Number: 12
Last Four of Loan Number: 2228 N 3rd St - PRE-ARREARS - 8518
Property Address if applicable: 2228 NORTH THIRD STREET, , HARRISBURG, PA17110

**PART 2: CURE AMOUNT**
TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE
a. Allowed prepetition arrearages: $877.08
b. Prepetition arrearages paid by the Trustee: $877.08
c. Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): $0.00
d. Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: $0.00
e. Allowed postpetition arrearage: $856.00
f. Postpetition arrearages paid by the Trustee: $856.00
g. Total b, d, f: $1,733.08

**PART 3: POST PETITION MORTGAGE PAYMENT**
Paid direct by the Debtor(s)
Current Monthly Mortgage Payment: $0.00
Next postpetition payment due:
If known, Principal Balance Outstanding: UNKNOWN

**PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: June 24, 2021                      Respectfully submitted,

                                        s/ Jack N. Zaharopoulos
                                        Standing Chapter 13 Trustee
                                        Suite A, 8125 Adams Drive
                                        Hummelstown, PA 17036
                                        Phone: (717) 566-6097
                                        Fax: (717) 566-8313
                                        eMail: info@pamd13trustee.com

Creditor Name: NATIONSTAR MORTGAGE
Court Claim Number: 12

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------|-----------|----------|------------|
| 5210 | 1173726 | 09/19/2017 | $155.46 | $0.00 | $155.46 |
| 5210 | 1174965 | 10/11/2017 | $53.00 | $0.00 | $53.00 |
| 5210 | 1176308 | 11/08/2017 | $106.02 | $0.00 | $106.02 |
| 5210 | 1177694 | 12/05/2017 | $106.02 | $0.00 | $106.02 |
| 5210 | 1179128 | 01/11/2018 | $53.01 | $0.00 | $53.01 |
| 5210 | 1180490 | 02/08/2018 | $53.01 | $0.00 | $53.01 |
| 5210 | 1181852 | 03/08/2018 | $106.01 | $0.00 | $106.01 |
| 5210 | 1183233 | 04/03/2018 | $53.01 | $0.00 | $53.01 |
| 5210 | 1186370 | 05/15/2018 | $159.03 | $0.00 | $159.03 |
| 5210 | 1187613 | 06/07/2018 | $32.51 | $0.00 | $32.51 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

CHARISSA ANN WILLIAMS  Case No.: 1-16-01880-HWV
  Chapter 13

Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on June 24, 2021, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| JAMES P. SHEPPARD, ESQUIRE<br>2201 NORTH 2ND STREET<br>HARRISBURG PA, 17110- | SERVED ELECTRONICALLY |
| NATIONSTAR MTG LLC<br>ATTN: BANKRUPTCY DEPT<br>PO BOX 619096<br>DALLAS, TX, 75261-9741 | SERVED BY 1ST CLASS MAIL |
| CHARISSA ANN WILLIAMS<br>2228 NORTH THIRD STREET<br>HARRISBURG, PA 17110 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: June 24, 2021

s/ Liz Joyce
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: info@pamd13trustee.com