# LOCAL BANKRUPTCY FORM 3002.1-1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re: Charissa Williams

CHAPTER 13
CASE NO. 1 - 16 -bk- 01880

## STATEMENT IN RESPONSE TO NOTICE OF FINAL CURE PAYMENT

**Part 1:** **Pre-Petition Arrears**

Creditor ☑ agrees or ☐ does not agree that the debtor(s) has paid in full the amount required to cure the pre-petition default to be paid through the Chapter 13 Plan.

    If creditor disagrees:

        Amount due to cure pre-petition arrears: $_____

    Attach an itemized account of any required pre-petition amounts that the secured creditor contends remain unpaid as of the date of the *Notice of Final Cure Payment.*

**Part 2:** **Post-Petition Arrears**

*Outside the plan:* Creditor ☑ agrees or ☐ does not agree that the debtor(s) has paid all post-petition amounts due to be paid outside the Chapter 13 Plan directly to the secured creditor.

    If the creditor disagrees:

        Amount due to cure post-petition arrears due outside the plan: $_____

    Attach an itemized account of any required post-petition amounts that the secured creditor contends remain unpaid as of the date of the *Notice of Final Cure Payment.*

*Inside the plan:* Creditor ☐ agrees or ☐ does not agree that the debtor(s) has paid all post-petition amounts due to be paid through the Chapter 13 Plan.

    If the creditor disagrees:

        Amount due to cure post-petition arrears due inside the plan: $_____

    Attach an itemized account of any required post-petition amounts that the secured creditor contends remain unpaid as of the date of the *Notice of Final Cure Payment.*

## Part 3: Sign Here

The person completing this Statement must sign it. Please print your name and other identifying information.

Check the appropriate box.

☐ I am the creditor.

☑ I am the creditor's authorized agent. (Attach a copy of power of attorney, if any.)

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _/s/ Lynn Unger_   Date: 06/29/21

Print Name: Lynn Unger
Title: Bankruptcy Specialist
Company: Members 1st FCU
Address: 5000 Louise Drive
Mechanicsburg, PA 17055
Phone: 717-795-5088
Email: Unger@Members1st.org

## Part 4: Service

Statement in Response to Notice of Final Cure Payment mailed to:

Debtor(s) (address): 2228 N 3rd Street, Harrisburg, PA 17110

Debtor(s)' Counsel:
☑ Via CM/ECF
☐ Via email (email address): ____
☐ Via US Mail (address): ____

Trustee:
☑ Via CM/ECF

2