Check No. 2006029

Voucher manifest below. Please save the following pages for your records.

Pay to: CLERK  U.S. BANKRUPTCY COURT

***** FOR INFORMATION ON ELECTRONIC PAYMENTS CONTACT JHAUBERT@PAMD13TRUSTEE.COM. *****

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 16-01062-RNO | 999-0 | BETTY E. SCARLETT<br>Original Check written to:<br>BETTY E. SCARLETT<br>4848 BROADWAY APT. 4B<br>NEW YORK, NY 10034 | | 0.00 | 182.53 | 0.00 | 182.53 |
| 16-01880-HWV | 999-0 | CHARISSA ANN WILLIAMS<br>Original Check written to:<br>CHARISSA ANN WILLIAMS<br>2228 NORTH THIRD STREET<br>HARRISBURG, PA 17110 | | 0.00 | 2.00 | 0.00 | 2.00 |
| 16-03237-MJC | 520-0 | ROBERT A. FAUST<br>Original Check written to:<br>FIRST MERIT<br>4455 HILL & DALES ROAD NORTHWEST<br>CANTON, OH 44708- | 5558/PRE ARREARS/27 TIMBER L | 0.00 | 40.21 | 0.00 | 40.21 |